### TOWN & COUNTRY TRANSPORTATION & LEASING CORP.

v.

### Eileen BARIL et al.

### No. 82–120.

Supreme Court of Rhode Island.

July 1, 1982.

Carroll, Kelly & Murphy, Kathleen Sullivan Murray, Providence, for petitioner.

Vincent J. Piccirilli, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

■

### CITY OF WARWICK

v.

### Gladys L. COK.

### No. 82–146–M.P.

Supreme Court of Rhode Island.

July 9, 1982.

Gladys L. Cok, pro se.

### ORDER

The petition for writ of certiorari is denied.

■

### JONI AUTO RENTALS, INC. d/b/a Thrifty Rent-a-Car Systems

v.

### John A. NORBERG, Tax Administrator.

### No. 82–279–M.P.

Supreme Court of Rhode Island.

July 9, 1982.

Vrana, Cunha & Esposito, Dennis H. Esposito, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Melanie Wilk Spencer, Asst. Atty. Gen., Charles Edwin Goldkamp, Legal Officer, Division of Taxation, North Kingstown, for respondent.

### ORDER

The petition for writ of certiorari is granted without prejudice, however, to respondent's raising in his brief and at oral argument the issue of the timeliness of the petition.